OCTOBER 15, 1999

No. 99–381. WEAVER ET AL. v. BURGER KING CORP. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1. 

OCTOBER 18, 1999

No. D–2109. IN RE DISBARMENT OF EL-AMIN. Saad El-Amin, of Richmond, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2110. IN RE DISBARMENT OF MORGENSTERN. Mark J. Morgenstern, of Rockville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2111. IN RE DISBARMENT OF KRAMER. Marc Lawrence Kramer, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M35. BOARD OF FIRE COMMISSIONERS, FARMINGVILLE FIRE DISTRICT v. PIETRAS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–1161. CITY OF ERIE ET AL. v. PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S. 1111.] Motion of Bill Conte et al. for leave to file a brief as amici curiae granted.